UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANETIRONY CLERVRAIN, *et al.*, | Case No.: 3:22-CV-00168-RCJ-CLB |
| Plaintiffs, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 9) |
| v. | |
| JHONE M. EBERT, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 9[1]) entered on April 29, 2022, recommending that the Court grant Clervrain's *in forma pauperis application* (ECF No. 1), file his complaint (ECF No. 1-1), dismiss the complaint with prejudice and deny as moot miscellaneous motions (ECF Nos. 4, 5, 6, 7, 8).

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

1

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 9) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that the Application to Proceed *in forma pauperis* (ECF No. 1) is **GRANTED** and the Clerk of the Court shall file the complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1-1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that miscellaneous motions, (ECF Nos. 4, 5, 6, 7, 8) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and **CLOSE** this case.

**IT IS SO ORDERED**.

Dated:  June 14, 2022.

_____
ROBERT C. JONES
United States District Judge